# Court of Appeals
# of the State of Georgia

ATLANTA, __June 13, 2014__

*The Court of Appeals hereby passes the following order:*

**A14E0028. In the Interest of R.E., M.C., L.P., and J.P.**

The Applicant has timely moved for an extension of time to file her application for discretionary appeal. The motion is hereby GRANTED. See OCGA § 5-6-39 (a) (5); Court of Appeals Rule 31 (g). The Applicant shall file her application by June 24, 2014.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/13/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*